# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Keith Patterson,

        Plaintiff(s),

vs.

USA,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:01cv278-2/3:96cr154-29

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/12/05 Order.

5/12/05

FRANK G. JOHNS, CLERK

BY: *Betsy Wallace*
Betsy Wallace, Deputy Clerk